UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

In Re:

Leonard Jackson
Juliet Jackson

Case # 19-14302 BKC-JKO
Chapter 13

    Debtor
_____/

## OBJECTION TO SECURED CLAIM [#5] OF US BANK TRUST

COMES NOW THE DEBTOR, Jackson and Objects to the Claim [#5] of US Bank Trust as a Secured claim in this cause and states:

1. US Bank Trust has filed a secured claim of $1,743,874.28 (claim #5).

2. The Proof of Claim describes the collateral as: "9551 Eden Manor, Pompano Beach, Florida 33076".

3. The described collateral was sold at foreclosure sale by the Clerk of the Circuit Court of Broward County on August 9, 2018 (certificate of title deed attached hereto)

4. The described property is no longer owned by the debtor.

5. 11 USC §506 states that a claim is secured only to the extent of the actual value of the debtor's interest in a specific property. In Re: 680 Fifth Avenue Associates, 156 BR 726 (BCt. S.D.N.Y. 1993).

6. As the debtor no longer owns the secured collateral, the claim by US Bank Trust should be stricken as filed.

THEREFORE, THE DEBTOR, Objects to the Claim filed by US Bank Trust as a secured claim.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served on all parties listed below (or on the attached list) by first class US mail on the 12th day of June, 2019.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

Robin Weiner, Trustee
US Bank Trust, c/o Ghidotti Berger, LLP, 3050 Biscayne Blvd, #402, Miami, Fl. 33137

 

                                                    John D. Bristol, Esq.
                                                    Fla. Bar # 767425
                                                    1776 N. Pine Island Road
                                                    Suite 224
                                                    Plantation, Florida 33322
                                                    J@jbristol.com
                                                    (954) 475-2265